## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DOUGLAS HILL, Inmate #K-64161,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 04-055-MJR |
| | ) |
| **DONALD SNYDER,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

The Court closed this case for Plaintiff's failure to pay his initial partial filing fee or show cause why he was unable to do so (*see* Doc. 6, 7). Now before the Court are Plaintiff's motion to reverse judgment (Doc. 8) and his motion to reinstate the complaint (Doc. 10). In each of these motions, Plaintiff states that he did, in fact, pay his initial partial filing fee in December 2004.

Upon receipt of Plaintiff's motion to reverse, the Clerk checked the financial records and discovered that Plaintiff was correct, although that information was not entered in the docket at the time payment was received. That information was added to the docket on May 16, 2005, and the Court apologizes to Plaintiff for this administrative error.

The instant motions are **GRANTED**. The judgment entered in this action (Doc. 7) is **VACATED** and **HELD FOR NAUGHT**. The Clerk shall **REOPEN THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 5th day of August, 2005.**

         **s/ Michael J. Reagan**
         **MICHAEL J. REAGAN**
         **United States District Judge**