IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DOUGLAS HILL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  **CIVIL NO. 04-055-MJR** |
| | ) |
| **DONALD SNYDER,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

The Court recently granted Plaintiff's motion to vacate judgment, and this case was reopened. The complaint in this case was originally filed jointly by three inmates, but the Court severed it into three individual actions. *See Jordan v. Snyder*, Case No. 03-cv-847-MJR (S.D. Ill., filed Dec. 15, 2003). The Court notes that the complaint does not contain Plaintiff's original signature as required by Rule 11 of the Federal Rules of Civil Procedure and Local Rule 8.1(b); in fact, the complaint is not signed at all by Plaintiff, but only by one of his original co-plaintiffs. Further, the complaint contains only one allegation involving Plaintiff (¶ 14), and not even one of the voluminous exhibits attached to the complaint involves Hill. Consequently, the complaint shall be stricken for non-compliance with local and federal rules. Should Plaintiff wish to refile his complaint within the allotted time, Plaintiff must file an original complaint that bears *his* original signature.

**IT IS HEREBY ORDERED** that the complaint is **STRICKEN** for non-compliance with Rule 11 of the Federal Rules of Civil Procedure and this Court's Local Rule 8.1(b). Plaintiff is **GRANTED** leave to refile his complaint on the appropriate forms in compliance with this order

within **THIRTY (30) DAYS** of entry of this order. The Clerk is **DIRECTED** to provide Plaintiff with a sufficient number of the appropriate forms.

**IT IS FURTHER ORDERED** that any new complaint filed by Plaintiff that is not in strict compliance with this order shall be **STRICKEN**.

**IT IS FURTHER ORDERED** that upon conclusion of the thirty-day period, should Plaintiff fail to refile his complaint, this case may be closed for failure to comply with an order of this Court. FED.R.CIV.P. 11; *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED this 22nd day of September, 2005.**

<u>s/ Michael J. Reagan</u>
**MICHAEL J. REAGAN**
