# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DOUGLAS HILL,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 04-055-MJR |
| **DONALD SNYDER,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

In September 2005, Plaintiff was directed to file a new complaint in this action (Doc. 12). On November 4, 2005, the Court granted Plaintiff's request for additional time to file his complaint; his complaint was due to be filed by December 21, 2005. To date, more than two months after that deadline, the Court has received no new complaint or other communication from Plaintiff.

**IT IS THEREFORE ORDERED** that **on or before MARCH 17, 2006**, Plaintiff shall show cause why this action should not be dismissed for his failure to comply with an order of this Court.

**IT IS FURTHER ORDERED** that should Plaintiff fail to respond to this order, this case *WILL be closed* for failure to comply with an order of this Court. FED.R.CIV.P. 11; *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED this 1st day of March, 2006.**

  **s/ Michael J. Reagan**
  **MICHAEL J. REAGAN**
  **United States District Judge**